```
                                              FILED
                                          19 MAY 21 PM 12:53
                                        CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY:      as       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL HECTOR MACKINNON,<br>  aka Daniel Patrick Shelley,<br><br>    Defendant. | Case No. 1:CR 1 8 4 9 WQH<br><br>I N D I C T M E N T<br><br>Title 18 U.S.C. § 844 (i) –<br>Malicious Damage to Building by<br>Means of Fire |

    The grand jury charges:

    On or about April 24, 2019, within the Southern District of California, defendant DANIEL HECTOR MACKINNON, aka Daniel Patrick Shelley, did maliciously damage, by means of fire and explosive, the building and real property known as Raytheon Integrated Defense, 8650 Balboa Avenue, San Diego, California 92123, which was used in interstate and foreign commerce, and in an activity affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 844(i).

    DATED: May 21, 2019.

                                                  A TRUE BILL:

                                                  Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
    JOHN N. PARMLEY
    Assistant U.S. Attorney

JNP:nlv:San Diego:5/20/19