# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 19-CR-1849-WQH |
| Plaintiff, | ORDER |
| V. | |
| DANIEL HECTOR MACKINNON AKA DANIEL PATRICK SHELLEY, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) One (1) of the Indictment .

Dated: July 24, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court